UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DALE A. WALKER**                                                                                   **PLAINTIFF**

v.                          **CASE NO. 4:08-CV-00139 BSM**

**CITY OF CABOT, ARKANSAS**                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the order of this date granting defendant City of Cabot's motion for summary judgment, plaintiff Dale Walker's federal claims set forth in his complaint must be dismissed with prejudice against the City of Cabot, and Walker's state law claims are dismissed without prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant City of Cabot and against plaintiff Dale Walker.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed.

IT IS SO ORDERED THIS 4th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE